

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00126-CR

| | | |
|---|---|---|
| CHRISTOPHER DEAN, Appellant | § | On Appeal from the 462nd District Court |
| | § | of Denton County (F18-240-367) |
| V. | § | July 28, 2022 |
| | § | Per Curiam Memorandum Opinion |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $15 time-payment fee. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM